Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Does 1-5; The United States of America,<br><br>　　　　　Defendant. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT**<br><br>Jury Trial Requested |

Plaintiff Raul Mendez ("Plaintiff"), by and through his undersigned counsel, files this Complaint (the "Complaint") against Defendants Does 1-5 and The United States of America ("USA"). In support of said Complaint, Plaintiff states and alleges the following:

## JURISDICTION AND VENUE

1. This court has jurisdiction over this action and the claim contained herein pursuant to 28 U.S.C. § 1331. This court further has jurisdiction over the Federal Tort Claims Act claim pursuant to 28 USC § 1346(b)(1)2.

2. The acts and omissions giving rise to Plaintiff's claim occurred within the geographic boundaries of the County of Maricopa. Therefore, the appropriate venue for

this action is in the United States District Court for the District of Arizona, Phoenix Division pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(e)(1).

3. The amount in controversy exceeds the minimal jurisdictional limits of this Court.

**JURY DEMAND**

4. Plaintiff demands a trial by jury in this action.

**THE PARTIES**

5. Plaintiff Raul Mendez is an individual, a citizen of the United States, and a resident of Arizona. At all relevant times to the present Complaint, Plaintiff resided in Maricopa County, Arizona.

6. The true names and capacities of the defendants DOE 1 through 5 are unknown to Plaintiff at this time but include potential USA Army service members who were assigned to supervise and monitor Hunt and alert law enforcement of suspected unlawful behavior. Therefore, Plaintiff sues these defendants by such fictitious names. Plaintiff is informed and believes that each of the defendants designated as a DOE acted wrongfully and is responsible in some fashion for Plaintiff's injuries as herein alleged. These DOE defendants will be later named when and if their identities and further information is obtained or made known to Plaintiff.

7. Defendant The United States of America ("USA") is a governmental entity.

## BACKGROUND / FACTUAL ALLEGATIONS

8.  This action arises from the failure of the USA Army to properly monitor an active duty service member – Jason Hunt – for psychological and mental concerns, which left unaddressed caused a mass shooting to occur at the hands of Hunt.

9.  On July 3, 2022, between 10:00 p.m. and 10:28 p.m., 45-year-old Jason Hunt, shot and killed two people and seriously injured 4 others (the "Incident"), while at his neighbor's family gathering located at 14448 W. Carlin Dr., Surprise, AZ 85374 (the "Incident Location").

10. Hunt was also shot during this incident and succumbed to his injuries during an encounter with one of the victims in self-defense.

11. Hunt began displaying his guns publicly on Instagram with disturbing captions pointing to mental health decline and an increasing desire to use his weapons.

12. On June 16, 2022, with the caption "Time to clean the toys!! Pew Pew", Hunt posted the following on his Instagram:



13. On June 29, 2022 with the caption "getting ready to celebrate our Independence day!! Who's with me?? ususus", Hunt posted the following:

[Screenshot of Instagram post by jasonhuntsfc showing a rifle with ammunition magazines. Caption: "Just a night of cleaning my 2A, getting ready to celebrate our Independence Day!! Who's with me?? ususus". Comments visible include nico_gurr: "Absolute giant pos. Rot in hell!"; jph_09: "@nico_gurr crazy this profile is still up. I just heard Raul's story"; northman.genetics_: "I can't help but wonder what triggered this guy? He had a wife, kids, grandkids, dog,.... It's crazy to think that so many people have these mental issues and are walking around in society. Get help people! Poor neighbors were targeted for seemingly nothing. This tragic story is proof that more good people with guns = a safer society. All occupants would most likely have been killed if that hero wasn't carrying." 36 likes, June 29, 2022.]

14. These posts are important, because upon information and belief, the USA Army regularly performed psychological evaluations on Mr. Hunt.

15. Hunt's behavior surrounding his weapons and desires to use them were clearly escalating, such the USA Army should have known and upon information and belief did know that emergent steps had to be taken to prevent one of its active duty servicemembers from harming the public, including Plaintiff.

16. It is believed that these evaluations showed that Mr. Hunt had potential mental disabilities that could result in harm to members of the public.

17. This is exactly what happened in the Incident.

18. Hunt's deteriorating mental health around weaponry was on public display such that it would have been impossible for his superiors and the USA Army to miss it and unconscionable for them to ignore it.

19. Further, upon information and belief, the USA Army and its members had seen this disturbing behavior, had knowledge of Hunt's declining mental health, and failed to act, intervene, provide services to Hunt, or report his behavior to the Federal Bureau of Investigation ("FBI").

## ADMINISTRATIVE EXHAUSTION AND TOLLING

20. On June 28, 2024, Mendez submitted a proper tort claim under the FTCA (Form 95) to the USA Army locations in Surprise, Arizona, and to Fort Huachuca in Sierra Vista, Arizona.

21. The USA Army acknowledged the receipt of the claim on July 3, 2024 and assigned claim number 24-051-T028 to the claim.

22. On September 30, 2024, the USA Army, Office of the Judge Advocate General, denied the claim and issued a denial letter.

23. This suit was commenced within six (6) months of that denial.

## STATEMENT OF INJURIES AND DAMAGES

24. Mendez has sustained injuries as a result of the negligent failures of the Army.

25. He has had surgeries, therapy, emotional trauma, and has lost one of his eyes permanently.

5

26. Early medical damages exceed $125,000 – including $109,050.10 at Banner Thunderbird (5555 W. Thunderbird Rd, Glendale, AZ 85306) after being airlifted from Banner Del E Webb, and $17,506.90 at Banner Del E Webb (14502 W. Meeker Blv., Sun City West, AZ 85375), but the emotional damages and physical disabilities are lifelong.

27. Raul has been treated at several other locations following his hospital stays, and continues to receive care related to the injuries sustained in the Incident.

## CLAIMS FOR RELIEF

### COUNT I
### FIRST CLAIM FOR RELIEF

**Violation of Federal Tort Claims Act 28 U.S.C. 1346(b)(1)(for negligence and negligent hiring training and supervision)**
**(Against all Defendants)**

28. Plaintiff incorporates by reference paragraphs 1 through 28 above as though fully set forth herein.

29. Because six months has now passed since giving notice of the claim and delivering the Form 95 and Plaintiff has sufficiently exhausted his administrative remedies entitling him to now file a claim pursuant to the Federal Tort Claims Act.

30. The aforementioned conduct of the USA Army and its members were negligent to the protection of the public.

31. The USA Army has a duty to protect the public from harm resulting from the actions of its servicemembers.

32. By failing to supervise Hunt as an active duty servicemember, the USA and the Army breached its duty to prevent harm to the public, including Plaintiff.

6

33. By failing to address the mental health concerns of Hunt, the USA has breached that duty to the public including Plaintiff in this action.

34. By failing to report to the FBI that Hunt was deteriorating mentally and was displaying a propensity of violence and behavioral pattern of idolatry of weaponry with statements posted publicly that he was going to party with his weapons, USA has breached its duty to the public including Plaintiff.

35. By failing to intervene and properly report Hunt, the USA created an unreasonable risk of bodily harm to Plaintiff and caused Plaintiff severe injuries and emotional harm.

36. As a proximate result of the aforementioned acts and omissions of the USA, Plaintiff suffered injuries and damages as set forth above and prayed for below.

37. The United States of America is liable for the conduct of the Army and its members as asserted under the Federal Tort Claims Act.

38. As a proximate result of the Defendants' wrongful conduct, Plaintiff suffered injuries and damages as set forth above and prayed for below

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1. For judgment in favor of Plaintiff and against Defendants;

2. For all available general and special damages in the amount of $1,500,000.00 or according to proof at trial;

3. For Punitive damages in the amount of $3,000,000.00 or an amount sufficient to punish and deter Defendants from similar conduct in the future;

7

3. For all damages allowed by law;

4. For interest at the maximum legal rate pursuant to law;

5. For Costs and attorney's fees if allowed by law;

6. For any other such relief, whether legal or equitable, that the Court deems just and appropriate.

**RESPECTFULLY SUBMITTED** this 30th day of March 2025.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean Woods*
Sean A. Woods
Robert T. Mills
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**ORIGINAL** of the foregoing filed this 30th day of March 2025 with the Clerk of the Court

   */s/ Ben Dangerfield*