Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1-5; The United States of America,<br><br>Defendants. | Case No.: CV-25-01048-PHX-SMB<br><br>**DECLARATION OF SERVICE OF THE UNITED STATES OF AMERICA**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

I, Nancy Slivers, declare as follows:

1. I am employed as a paralegal for counsel for Plaintiff in this action.

2. On June 6, 2025, I delivered two envelopes, each containing a Summons to the United States of America, Plaintiff's Complaint, and the Preliminary Order docketed as ECF No. 5 in this action, to a clerk at a branch of the U.S. post office for delivery by certified mail.

3. One envelope was addressed to the Civil Process Clerk for the U.S. Attorney for the District of Arizona at 40 North Central Avenue, Suite 1800, Phoenix, Arizona 85004.

4. The other envelope was addressed to the U.S. Attorney General at the Department of Justice at 950 Pennsylvania Avenue NW, Washington, DC 20530-0001.

5. Pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure, the above constitutes proper and effective service upon the United States of America in this action.

I declare, under penalty of perjury, that the foregoing is true and correct to the full extent of my knowledge and recollection.

EXECUTED on June 18, 2025.

                                              */s/ Nancy Slivers*

**RESPECTFULLY SUBMITTED** this 18th day of June 2025.

                                        **MILLS + WOODS LAW, PLLC**

                                        By  */s/ Sean A. Woods*
                                               Robert T. Mills
                                               Sean A. Woods
                                               5055 North 12th Street, Suite 101
                                               Phoenix, AZ 85014
                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

   */s/ Ben Dangerfield*