TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
neil.singh@usdoj.gov
*Attorneys for Defendant United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez,<br>　　　　　Plaintiff,<br>　　v.<br>United States of America,<br>　　　　　Defendant. | No. 2:25-cv-01048-SMB<br><br>**CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE** |

　　　Defendant United States of American respectfully requests an order setting the deadline for a responsive pleading in this civil action as August 19, 2025.

　　　Plaintiff has filed this action pursuant to the Federal Tort Claims Act. Counsel for both sides have conferred on procedural issues and deadlines. Defendant represents to the Court that Plaintiff consents to this motion. In effect, this motion extends Defendant's time to respond to the Complaint by two weeks.

　　　Respectfully submitted on August 5, 2025.

　　　　　　　　　　　　　　　　　　　　TIMOTHY COURCHAINE
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　　s/*Neil Singh*
　　　　　　　　　　　　　　　　　　　　NEIL SINGH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant United States*