IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | No. 2:25-cv-01048-SMB<br><br>**ORDER** |

    The Court has before it Defendant United States' Consent Motion to Extend Responsive Pleading Deadline. For good cause appearing,

    **IT IS HEREBY ORDERED** that Defendant United States of America shall file a responsive pleading to the Complaint on or before August 19, 2025.