IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　Defendant. | No. CV-25-01048-PHX-SMB<br><br>**ORDER** |

　　　Before the Court is Defendant United States' Consent Motion to Extend Responsive Pleading Deadline (Doc. 9). For good cause appearing,

　　　**IT IS HEREBY ORDERED** that Defendant United States of America shall file a responsive pleading to the Complaint on or before **August 19, 2025**.

　　　Dated this 5th day of August, 2025.

_Honorable Susan M. Brnovich_
United States District Judge