Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1-5; The United States of America,<br><br>Defendants. | Case No.: CV-25-01048-PHX-SMB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff Raul Mendez ("Plaintiff") and Defendant The United States of America ("Defendant") hereby mutually stipulate and agree to an extension of time within which Plaintiff may file his Response to Defendant's Motion to Dismiss, ECF No. 11, until no later than September 16, 2025. Good cause exists for an extension due to the three-day Labor Day weekend, the need for Plaintiff's counsel to file a Reply in support of a complex Motion for Leave to Amend in another federal matter by September 2, 2025, and the need for Plaintiff's counsel to file a Response to another Motion to Dismiss by September 9, 2025. This extension is not sought for purposes of delay, and would not conflict with any court deadlines or applicable Rules. No previous extensions have been sought or granted.

**RESPECTFULLY SUBMITTED** this 29th day of August 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**UNITED STATES ATTORNEY**
**DISTRICT OF ARIZONA**

By  */s/ Neil Singh (w/ permission)*
    Neil Singh
    Two Renaissance Square
    40 N Central Ave., Ste. 1800
    Phoenix, AZ 85004-4449
    *Attorneys for Defendant United States*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Neil Singh
neil.singh@usdoj.gov
**UNITED STATES ATTORNEY**
**DISTRICT OF ARIZONA**
Two Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4449
(602) 514-7500
*Attorneys for Defendant United States*

     */s/ Ben Dangerfield*