# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, | No. CV-25-01048-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having reviewed the parties' "Stipulation for Extension of Time for Plaintiff to File Response to Defendant's Motion to Dismiss" (the "Stipulation") (Doc. 12) and good cause appearing,

**IT IS ORDERED** that Plaintiff shall file his Response to Defendant's Motion to Dismiss (Doc. 11) no later than **September 16, 2025**.

Dated this 3rd day of September, 2025.

Honorable Susan M. Brnovich
United States District Judge