1   Robert T. Mills (Arizona Bar #018853)
    Sean A. Woods (Arizona Bar #028930)
2   **MILLS + WOODS LAW, PLLC**
    5055 North 12th Street, Suite 101
3   Phoenix, Arizona 85014
    Telephone 480.999.4556
4   docket@millsandwoods.com
    swoods@millsandwoods.com
5   *Attorneys for Plaintiff*

6

7                **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

9   Raul Mendez, an individual,              Case No.: CV-25-01048-PHX-SMB

10                   Plaintiff,              **STIPULATION FOR EXTENSION
                                             OF TIME FOR PLAINTIFF TO FILE**
11          vs.                             **RESPONSE TO DEFENDANT'S
                                             MOTION TO DISMISS**
12  Does 1-5; The United States of America,
                                             (2nd Request)
    Defendants.
13
                                             (Assigned to the Honorable Susan M.
14                                           Brnovich)

15

16

17          Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil

18  Procedure, Plaintiff Raul Mendez ("Plaintiff") and Defendant The United States of

19  America ("Defendant") hereby mutually stipulate and agree to a second extension of time

20  for Plaintiff to file his Response to Defendant's Motion to Dismiss, ECF No. 11, until no

21  later than September 23, 2025.  Good cause exists for this extension, as Plaintiff's counsel

22
    must also respond to a Motion to Dismiss in another action by Friday, September 12,
23
24  shortly before the present deadline for the Response in this case. This extension is not

25  sought for purposes of delay, and would not conflict with any court deadlines or applicable
26
    Rules.  One previous extension was granted.
27
28  ///

*(left margin, vertical text)* MILLS + WOODS LAW, PLLC / 5055 North 12th Street, Suite 101 / Phoenix, AZ 85014-2555 / 480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 10th day of September 2025.

MILLS + WOODS LAW, PLLC


By  */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

UNITED STATES ATTORNEY
DISTRICT OF ARIZONA


By  */s/ Neil Singh (w/ permission)*
      Neil Singh
      Two Renaissance Square
      40 N Central Ave., Ste. 1800
      Phoenix, AZ 85004-4449
      *Attorneys for Defendant United States*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Neil Singh
neil.singh@usdoj.gov
UNITED STATES ATTORNEY
DISTRICT OF ARIZONA
Two Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4449
(602) 514-7500
*Attorneys for Defendant United States*


      */s/ Ben Dangerfield*

2