MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1-5; The United States of America,<br><br>Defendants. | Case No.: CV-25-01048-PHX-SMB<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

THE COURT, having reviewed the parties' "Stipulation for Extension of Time for Plaintiff to File Response to Defendant's Motion to Dismiss (2nd Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall file his Response to Defendant's Motion to Dismiss, ECF No. 11, no later than September 23, 2025.