Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1-5; The United States of America,<br><br>Defendants. | Case No.: CV-25-01048-PHX-SMB<br><br>**STIPULATION FOR EXTENSIONS OF TIME RE BRIEFING ON DEFENDANT'S MOTION TO DISMISS**<br><br>(3rd Request)<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff Raul Mendez ("Plaintiff") and Defendant the United States of America ("Defendant") hereby mutually stipulate and agree to a third extension of time for Plaintiff to file his Response to Defendant's Motion to Dismiss, ECF No. 11, until no later than September 26, 2025, and a first extension of time for Defendant to file its Reply thereto until no later than October 27, 2025.

Good cause exists for this extension, as Plaintiff's counsel must respond to a motion to dismiss in another federal case this same week. These extensions would not conflict with any court deadlines or applicable Rules. Two previous extensions were granted to Plaintiff. As to Defendant, counsel for the United States anticipates requiring extra time to

file a reply brief due to his assignment to multiple, emergency matters involving immigration injunctive actions.

**RESPECTFULLY SUBMITTED** this 22nd day of September 2025.

MILLS + WOODS LAW, PLLC

By_____*/s/ Sean A. Woods*_____
       Robert T. Mills
       Sean A. Woods
       5055 North 12th Street, Suite 101
       Phoenix, AZ 85014
       *Attorneys for Plaintiff*

UNITED STATES ATTORNEY
DISTRICT OF ARIZONA

By_____*/s/ Neil Singh (w/ permission)*_____
       Neil Singh
       Two Renaissance Square
       40 N Central Ave., Ste. 1800
       Phoenix, AZ 85004-4449
       *Attorneys for Defendant United States*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Neil Singh
neil.singh@usdoj.gov
**UNITED STATES ATTORNEY**
**DISTRICT OF ARIZONA**
Two Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4449
(602) 514-7500
*Attorneys for Defendant United States*


        /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556