Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Raul Mendez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1-5; The United States of America,<br><br>Defendants. | Case No.: CV-25-01048-PHX-SMB<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

THE COURT, having reviewed the parties' "Stipulation for Extensions of Time Re Briefing On Defendant's Motion to Dismiss" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall file his Response to Defendant's Motion to Dismiss, ECF No. 11, no later than September 26, 2025, and Defendant shall file its Reply thereto no later than October 27, 2025.