1
2
3
4
5
6
## IN THE UNITED STATES DISTRICT COURT
7
## FOR THE DISTRICT OF ARIZONA
8

9 Raul Mendez,                                    No. CV-25-01048-PHX-SMB

10              Plaintiff,                        **ORDER**

11 v.

12 United States of America,

13              Defendant.

14

15      The Court having reviewed the parties' Stipulation for Extensions of Time Re
16 Briefing on Defendant's Motion to Dismiss (Doc. 16) and good cause appearing,

17      **IT IS ORDERED** that Plaintiff shall file his Response to Defendant's Motion to
18 Dismiss (Doc. 11) no later than **September 26, 2025** and Defendant shall file its Reply
19 thereto no later than **October 27, 2025**.

20      Dated this 22nd day of September, 2025.

21
22
23                              Honorable Susan M. Brnovich
                                United States District Judge
24
25
26
27
28