TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
neil.singh@usdoj.gov
*Attorneys for Defendant United States*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez,<br><br>            Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>            Defendant. | No. 2:25-cv-01048-SMB<br><br>**MOTION FOR A STAY OF BRIEFING IN LIGHT OF LAPSE OF APPROPRIATIONS** |

The Government through counsel hereby moves for a stay of current briefing deadlines in the above-captioned case. A motion to dismiss has been filed, to which the Government has not yet filed a reply brief.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the United States Army that is the primary agency at issue in this matter. The Department does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees of the Army are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

1    Undersigned counsel for the Department of Justice therefore requests a stay of briefing
2    until Congress has restored appropriations to the Department.

3    If this motion for a stay is granted, undersigned counsel will notify the Court as soon
4    as Congress has appropriated funds for the Department. The Government requests that, at that
5    point, all current deadlines for the parties be extended commensurate with the duration of the
6    lapse in appropriations.

7    The Government represents to the Court that counsel for Plaintiff does not have an
8    objection to this motion.

9    The Government regrets this disruption caused to the Court and parties. For the reasons
10   stated, the Government hereby moves for a stay of briefing in this case until Department of
11   Justice attorneys are permitted to resume their usual civil litigation functions.

12   Respectfully submitted on October 1, 2025.

13

14                                               TIMOTHY COURCHAINE
                                                 United States Attorney
15                                               District of Arizona

16                                               s/*Neil Singh*
17                                               NEIL SINGH
                                                 Assistant United States Attorney
18                                               *Attorneys for Defendant United States*

19

20

21

22

23

24

25

26

27

28

- 2 -