TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
neil.singh@usdoj.gov
*Attorneys for Defendant United States*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez,<br>   Plaintiff,<br>  v.<br>United States of America,<br>   Defendant. | No. 2:25-cv-01048-SMB<br><br>**ORDER** |

  On October 1, 2025, the United States filed a Motion for Stay in Light of Lapse of Appropriations. For good cause shown, the United States' Motion is GRANTED.

  **IT IS ORDERED** that the above-captioned case is stayed as to all pending briefing deadlines, pending the filing of a Notice of Resumed Government Activity by the United States.

  **IT IS FURTHER ORDERED** that counsel for the United States shall file a Notice of Resumed Government Activity within five business days of the U.S. Department of Justice being funded and counsel's returning to work; and, if applicable, shall submit a joint proposed schedule for the remainder of litigation within fifteen days of said funding and return to work.