# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, | No. CV-25-01048-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

On October 1, 2025, the United States filed a Motion for Stay in Light of Lapse of Appropriations (Doc. 19). For good cause shown,

**IT IS ORDERED** the United States' Motion is GRANTED.

**IT IS FURTHER ORDERED** that the above-captioned case is stayed as to all pending briefing deadlines, pending the filing of a Notice of Resumed Government Activity by the United States.

**IT IS FURTHER ORDERED** that counsel for the United States shall file a Notice of Resumed Government Activity within five business days of the U.S. Department of Justice being funded and counsel's returning to work; and, if applicable, shall submit a joint proposed schedule for the remainder of litigation within fifteen days of said funding and return to work.

Dated this 1st day of October, 2025.

Honorable Susan M. Brnovich
United States District Judge