TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
neil.singh@usdoj.gov
*Attorneys for Defendant United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Raul Mendez, | No. 2:25-cv-01048-SMB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RESUMED GOVERNMENT ACTIVITY** |
| United States of America, | |
| Defendant. | |

With this notice, the government reports to the Court and parties that Congress has restored appropriations. The Court may now terminate the stay previously entered.

Currently pending before the Court is a partially-briefed Motion to Dismiss by the government (Doc. 11), to which Plaintiff has filed a response (Doc. 18). The government will confer with Plaintiff to propose an updated briefing schedule on the reply brief on or before November 28, 2025, in accordance with the Court's stay order. Doc. 20.

Respectfully submitted on November 19, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/*Neil Singh*
NEIL SINGH
Assistant United States Attorney
*Attorneys for Defendant United States*