# Exhibit 1



U.S. Department of Justice

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 North Central Ave., Suite 1800 | Direct: (602) 514-7740 |
| Phoenix, Arizona 85004-4449 | Main Fax: (602) 514-7693 |

July 29, 2025

***Sent Via E-mail:***
Robert T. Mills
Sean A. Woods
Mills + Woods Law, PLLC
5055 North 12th St., Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com

Re:   *Mendez v. United States*, 25-cv-01048-SMB

Dear Counsel,

    I have previously sent you a letter indicating the government's view that your claims are barred by the Discretionary Function Exception. With this secon letter, I write to further indicate that even setting aside the DFE, the complaint fails to properly assert a viable tort theory under the *Iqbal* standard. *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). As such, I intend to move to dismiss not only on grounds of sovereign immunity under Rule 12(b)(1), but also for failure to state a claim under Rule 12(b)(6). If you believe that amending your complaint would respond to this defect, please advise, barring which I will proceed.

                                        Sincerely,

                                        TIMOTHY COURCHAINE
                                        United States Attorney
                                        District of Arizona

*Digitally signed by NEILENDRA SINGH*
*Date: 2025.07.29 11:29:07 -07'00'*

Neil Singh
Assistant United States Attorney

Page **2** of **2**
July 29, 2025
*Mendez v. United States*