TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
neil.singh@usdoj.gov
*Attorneys for Defendant United States*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez,<br><br>        Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>        Defendant. | No. 2:25-cv-01048-SMB<br><br>**CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**(First Request)** |

Defendant United States of America respectfully requests an extension of its deadline to file a responsive pleading to Plaintiff's First Amended Complaint. Plaintiff through his counsel does not object to this request.

This is a wrongful death, Federal Tort Claims Action against the United States. The United States moved to dismiss the complaint, and after full briefing by both sides, the Court granted the motion without prejudice, allowing Plaintiff to amend his complaint. Doc. 24. Plaintiff filed a First Amended Complaint (FAC) on March 23, 2026. Doc. 25. The current deadline to file a new responsive pleading is April 6, 2026. This being a wrongful death action, both the factual and legal issues are complex.

Due to the workload of counsel for government, as well as personal time out of the office from April 3 to April 10, 2026, the United States is in need for additional time to file either an Answer to or a Motion to Dismiss the FAC. The government requests a new deadline

of May 1, 2026, modifying the current deadline of April 6, 2026.

Respectfully submitted on March 31, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/*Neil Singh*
NEIL SINGH
Assistant United States Attorney
*Attorneys for Defendant United States*