**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Raul Mendez,<br><br>               Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>           Defendant. | No. 2:25-cv-01048-SMB<br><br>**ORDER** |

The Court has reviewed Defendant United States of America's Consent Motion to Extend Responsive Pleading Deadline. For good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and permitting Defendant to file a responsive pleading to the First Amended Complaint on or before May 1, 2026.