# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, | No. CV-25-01048-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court has reviewed Defendant United States of America's Consent Motion to Extend Responsive Pleading Deadline (Doc. 27). For good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and permitting Defendant to file a responsive pleading to the First Amended Complaint on or before **May 1, 2026**.

Dated this 7th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge