## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, | No. CV-25-01048-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having reviewed the parties' Joint Stipulation to Extend Responsive Pleading Deadline (Doc. 29) and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant shall file a responsive pleading to the First Amended Complaint on or before **June 3, 2026**.

Dated this 5th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge