# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Raul Mendez,

        Plaintiff,

v.

United States of America,

        Defendant.

No. CV-25-01048-PHX-SMB

**ORDER**

After review of the file, the Court notes that the first amended complaint in this matter was filed on March 23, 2026.  No answer has been filed and no application for entry of default has been made.

**IT IS ORDERED** that counsel for the Plaintiff shall file a status report or application for entry of default within 14 days of the date of this order concerning the status of this case.

**IT IS FURTHER ORDERED** that this matter will be dismissed within 14 days of the date of this order if counsel fails to file a status report or application for entry of default.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **July 1, 2026** without further order of this Court if Plaintiff fails to file a status report or application for entry of default.

Dated this 17th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge