Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1-5; The United States of America,<br><br>Defendants. | Case No.: CV-25-01048-PHX-SMB<br><br>**PLAINTIFF'S REQUEST FOR DEFAULT AGAINST DEFENDANT THE UNITED STATES OF AMERICA**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Through counsel undersigned and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Raul Mendez hereby requests the Clerk enter a default against Defendant The United States of America, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend against Plaintiff's First Amended Complaint within the time limits prescribed by the Federal Rules of Civil Procedure and as extended by the Court.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 18th day of June 2026.


MILLS + WOODS LAW, PLLC


By    */s/ Sean A. Woods*
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Neil Singh
neil.singh@usdoj.gov
mary.simeonoff@usdoj.gov
CaseView.ECF@usdoj.gov
UNITED STATES ATTORNEY
DISTRICT OF ARIZONA
Two Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4449
(602) 514-7500
*Attorneys for Defendant United States*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556