Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1-5; The United States of America,<br><br>Defendants. | Case No.: CV-25-01048-PHX-SMB<br><br>**PLAINTIFF'S DECLARATION OF DEFAULT AND ENTRY OF DEFAULT AGAINST DEFENDANT THE UNITED STATES OF AMERICA**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

I, Sean A. Woods, declare as follows:

1.      I am an attorney for Plaintiff in this action and make this Declaration to show the fact and manner of compliance with the provisions of Rule 55, Fed. R. Civ. P.

2.      The United States of America, against whom a judgment for affirmative relief is sought, has failed to plead or otherwise defend against Plaintiff's First Amended Complaint within the time periods prescribed by the Federal Rules of Civil Procedure and as extended by the Court's Order, ECF No. 30, directing that a responsive pleading be filed no later than June 3, 2026, which has passed.

3.      On March 23, 2026, Defendant the United States of America was served via ECF with a copy of Plaintiff's First Amended Complaint.

4.  On May 5, 2026, the Court ordered "that [The United States of America] shall file a responsive pleading to the First Amended Complaint on or before June 3, 2026." ECF No. 30.

5.  June 3, 2026 has come and gone without any such response having been filed, and no further Order extending that deadline has been issued.

6.  Defendant The United States of America, against whom judgment for affirmative relief is sought, has failed to plead or otherwise defend within the time period prescribed in Rule 12, Fed. R. Civ. P., and as extended by the Court.

7.  WHEREFORE, the undersigned requests that the Clerk of this Court enter the default of Defendant The United States of America.

I declare, under penalty of perjury and by my signature below, that the foregoing is true and correct.

**EXECUTED and SUBMITTED** this 18th day of June 2026.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Neil Singh
neil.singh@usdoj.gov
mary.simeonoff@usdoj.gov
CaseView.ECF@usdoj.gov
**UNITED STATES ATTORNEY**
**DISTRICT OF ARIZONA**
Two Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4449
(602) 514-7500
*Attorneys for Defendant United States*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3