MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Raul Mendez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1-5; The United States of America,<br><br>Defendants. | Case No.: CV-25-01048-PHX-SMB<br><br>**[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT THE UNITED STATES OF AMERICA**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

In this cause, as appears from the record and papers on file, Defendant The United States of America has been regularly and properly served with, and has failed to answer or respond to, Plaintiff's First Amended Complaint, within the time allowed by law and as extended by the Court. The time for answering or responding has now expired.

Now, on application of Sean A. Woods, attorney for Plaintiff, the default of Defendant The United States of America is entered in this action.

_____

Deputy Clerk