# Exhibit 1

| | |
|---|---|
| **From:** | Singh, Neil (USAAZ) |
| **To:** | "Sean Woods" |
| **Subject:** | RE: [EXTERNAL] CV-25-01048-PHX-SMB: Mendez v. U.S.A. |
| **Date:** | Tuesday, June 23, 2026 3:34:10 PM |

Sean, I didn't say you "fail to understand" the FRCP, but I cannot conceive of how you think the United States intentionally evaded this litigation to engage in culpable conduct (that's the actual Ninth Circuit standard), as required by Rule 55. I think it's fair to point out that you didn't review the standards for Rule 55 before deciding to try and win a default.

Reviewing the docket also reminds me that I repeatedly gave you free extensions of time on briefing when you asked for it, as a professional courtesy. This is just a very odd development in the context of a case of this nature, given the way the government has addressed your needs as counsel and respected general civilized courtesies owed to your client. And granted, this is not a wrongful death action—it's a tort action albeit one in which deaths occurred in the incident, which is why I misspoke. But it is a very serious tort action.

I can have our MTD filed on or before July 1.

**Neil Singh**
AUSA | D. Ariz.
(602) 514-7513 (o)
(480) 398-0264 (c)

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Tuesday, June 23, 2026 3:07 PM
**To:** Singh, Neil (USAAZ) <Neil.Singh@usdoj.gov>
**Subject:** Re: [EXTERNAL] CV-25-01048-PHX-SMB: Mendez v. U.S.A.

Neil - I am out of the office this afternoon. I disagree with a couple of your points - first that I fail to understand the FRCP, and second that this is NOT a wrongful death action. IF I agree to withdraw, when will your responsive pleading be filed?

On Tue, Jun 23, 2026 at 2:15 PM Singh, Neil (USAAZ) <Neil.Singh@usdoj.gov> wrote:

> Sean,
>
> I would normally have filed this by now and will do so by close of business if you don't

agree to withdraw. If you wish to explain your position in an opposition brief because you think you're entitled to a default judgment, then do so there. If I have to research the point for you and explain the law in a narrative, I may as well just do so for my motion.

It sounds like you did not even briefly consider the legal standards of Rule 55 before trying to absurdly default the United States in a case where we have prevailed on a motion to dismiss, and you are here solely on an amended complaint. First, Rule 55 itself does not permit technical defaults just because a party misses a deadline. You have to prove an intentional effort by the defaulted party to *evade* the litigation. Do you really suppose the United States fits that description in a case in which we already have filed one successful MTD? Second, Rule 55 becomes even more absurd when you look up caselaw on whether it is permissible to default the United States. You cannot default us either under Rule 55 if we were a normal defendant, but you certainly cannot given that we are the government.

As for the Court's order, that's a standard order when the Court has not seen activity but wants to prompt the parties to look at the docket. The normal course of conduct is for one counsel to send an email to the other counsel to inquire, and then proceed in a sensible fashion. A lawyer should understand the basic legal standards of Rule 55 prior to attempting to default a party in a wrongful death action.

I will file my motion shortly unless you wish to confirm that you're vacating the default.

**Neil Singh**
AUSA | D. Ariz.
(602) 514-7513 (o)
(480) 398-0264 (c)

---

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Tuesday, June 23, 2026 1:52 PM
**To:** Singh, Neil (USAAZ) <Neil.Singh@usdoj.gov>
**Subject:** Re: [EXTERNAL] CV-25-01048-PHX-SMB: Mendez v. U.S.A.

Neil - the Court asked us to do something and stipulated deadlines have come and gone. So, I'll consider withdrawing if you can give me the reason/maybe some case law?

On Fri, Jun 19, 2026 at 11:16 AM Singh, Neil (USAAZ) <Neil.Singh@usdoj.gov> wrote:

Sean,

Not sure what you're trying to do here but it's basically impossible to default the government. Even if it was possible you'd need to prove intentional evasiveness of the litigation.

Please withdraw this wasteful motion as I will otherwise move to vacate it, which will be granted. I fail to understand why you didn't simply email me to check on next steps.

**Neil Singh**
AUSA | D. Ariz.
(602) 514-7513 (o)
(480) 398-0264 (c)

---

**From:** Ben Dangerfield <bdangerfield@millsandwoods.com>
**Sent:** Thursday, June 18, 2026 6:17:14 PM
**To:** brnovich_chambers@azd.uscourts.gov <brnovich_chambers@azd.uscourts.gov>
**Cc:** Singh, Neil (USAAZ) <Neil.Singh@usdoj.gov>; Edwards, Casey (USAAZ) <Casey.Edwards@usdoj.gov>; Sean Woods <swoods@millsandwoods.com>
**Subject:** [EXTERNAL] CV-25-01048-PHX-SMB: Mendez v. U.S.A.

To the Chambers of the Honorable Judge Brnovich,

Attached, just filed in the above action, are copies of Plaintiff's Application for Entry of Default and accompanying Declaration and, in .word format, the accompanying [Proposed] Order.

Respectfully,


Benjamin Dangerfield

Litigation Paralegal

Mills + Woods Law, PLLC

email: bdangerfield@millsandwoods.com

phone & fax: 480-566-8319

--

**SEAN WOODS**
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4557
swoods@millsandwoods.com


This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.


--

**SEAN WOODS**
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4557
swoods@millsandwoods.com


This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.