# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Mendez, | No. CV-25-01048-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is the United States' Motion to Set Aside Default (Doc. 33).  Over objection,

**IT IS ORDERED** granting the Motion to Set Aside Default (Doc. 33).

**IT IS FURTHER ORDERED** that the United States shall file a responsive pleading by no later than **July 31, 2026**.

Dated this 23rd day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge