Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Raul Mendez, an individual,

Plaintiff,

vs.

Does 1-5; The United States of America,

Defendants.

Case No.: CV-25-01048-PHX-SMB

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

(First Request)

(Assigned to the Honorable Susan M. Brnovich)

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff Raul Mendez ("Plaintiff") and Defendant the United States of America ("Defendant") hereby jointly stipulate, agree, and respectfully request, that the last day for Plaintiff to file his Response to Defendant's "Motion to Dismiss First Amended Complaint," ECF No. 39 (the "Motion to Dismiss"), be extended to August 28, as set forth below and in accordance with the [Proposed] Order attached hereto. No previous extension of this deadline has been granted or sought.

Good cause exists for such an extension. Plaintiff's counsel is dealing with a dizzying array of scheduling conflicts in other matters, including and especially personal matters. By way of background, counsel's wife received a Stage 4 cancer diagnosis a few

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

months ago, and as a result he has been out of the office for significant periods of time in the interim, attending to her as she goes through rounds of chemo and other procedures, and providing and arranging care for their young daughter.

Moreover, counsel's August has been filled with depositions and motion practice in other matters. For instance, he has participated in eight depositions in the last two weeks alone. And going forward, through a week from Monday counsel has a joint evidentiary hearing statement, two responses to summary judgment motions, and a Rule 59 reply, due already.

In light of the foregoing, Plaintiff and Defendant respectfully request that the last day for Plaintiff to file his Response to the Motion to Dismiss be extended to August 28, 2026.

**RESPECTFULLY SUBMITTED** this 14th day of August 2026.

**MILLS + WOODS LAW, PLLC**

By *__/s/ Sean A. Woods__*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**UNITED STATES ATTORNEY**
**DISTRICT OF ARIZONA**

By *__/s/ Neil Singh (w/ permission)*
Neil Singh
Two Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4449
*Attorneys for Defendant United States*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Neil Singh
neil.singh@usdoj.gov
casey.edwards@usdoj.gov
CaseView.ECF@usdoj.gov
**UNITED STATES ATTORNEY**
**DISTRICT OF ARIZONA**
Two Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4449
(602) 514-7500
*Attorneys for Defendant United States*

*/s/ Ben Dangerfield*