MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Raul Mendez, an individual,
Plaintiff,
vs.
Does 1-5; The United States of America,
Defendants.

Case No.: CV-25-01048-PHX-SMB

**ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

(Assigned to the Honorable Susan M. Brnovich)

THE COURT, having reviewed the parties' "Stipulation for Extension of Time to File Response to Motion to Dismiss First Amended Complaint" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall file his Response to Defendant's "Motion to Dismiss First Amended Complaint," ECF No. 39, no later than August 28, 2026.