**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Raul Mendez,

Plaintiff,

v.

United States of America,

Defendant.

No. CV-25-01048-PHX-SMB

**ORDER**

The Court having reviewed the Stipulation for Extension of Time to File Response to Motion to Dismiss First Amended Complaint (Doc. 40) and good cause appearing,

**IT IS ORDERED** that Plaintiff shall file his Response to Defendant's Motion to Dismiss First Amended Complaint (Doc. 39) no later than **August 28, 2026**.

Dated this 18th day of August, 2026.

Honorable Susan M. Brnovich
United States District Judge