TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
neil.singh@usdoj.gov
*Attorneys for Defendant United States*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Raul Mendez,<br>Plaintiff,<br>v.<br>United States of America,<br>Defendant. | No. 2:25-cv-01048-SMB<br>**CONSENT MOTION TO EXTEND REPLY BRIEF DEADLINE**<br>**(First Request)** |

Defendant United States of America respectfully requests the Court's consent to extend its reply brief deadline to October 16, 2026, in support of its Motion to Dismiss (Doc. 39). Plaintiff has filed his response brief (Doc. 42).

Staff at the U.S. Attorney's Office neglected to calendar the deadline for the reply brief. *See* Exhibit 1, Declaration of Counsel. Undersigned counsel for the government discovered the missed deadline upon doing a routine docket check to determine the status of this matter. Upon the discovery, the government conferred with counsel for Plaintiff to inquire whether Plaintiff consents or objects to an extension, and Plaintiff consents. LRCiv 7.3. Defendant is taking measures to ensure that deadlines are not missed again due to this reason, *see* Exhibit 1, and respectfully requests this order to permit the briefing on this motion to be completed.

Respectfully submitted on October 7, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/*Neil Singh*
NEIL SINGH
Assistant United States Attorney
*Attorneys for Defendant United States*