# Exhibit 1

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
neil.singh@usdoj.gov
*Attorneys for Defendant United States*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Raul Mendez,<br>Plaintiff,<br>v.<br>United States of America,<br>Defendant. | No. 2:25-cv-01048-SMB<br>**DECLARATION OF COUNSEL** |

I, Neil Singh, for my declaration pursuant to 28 U.S.C. § 1746, depose and say as follows:

1. I am the Assistant U.S. Attorney who is assigned to the above-captioned matter. While doing a routine check of all civil cases assigned to me, I reviewed the status of this action while wondering what the deadline was to file a Reply brief in support of the government's Motion to Dismiss. On doing so, I discovered that the deadline under the rules of civil procedure had actually expired. I then checked our calendar on which our legal assistants calendar and docket such deadlines to see if this deadline had been logged. Unfortunately, it was not logged, which is why the deadline had passed without my noticing it. I explained this to opposing counsel in this matter, Sean Woods, who graciously consented to an extension to allow the government to file an Reply brief on October 16, 2026, without requiring the Court to consider an objection from Plaintiff. In the meantime, I requested an in-

person meeting with the legal assistant who was tasked with this item to discuss how it was missed and what improved procedures should be followed so as not to miss such items in the future.

2. Both the lawyers and staff at the U.S. Attorney's Office Civil Division are currently inundated with a heavy flood of immigration habeas actions, almost all of which must be attended to on an emergency and immediate basis, in addition to the office's regular responsibilities of managing complex civil litigation. This has put a strain on the office's ability to manage deadlines. Nonetheless, the office and this counsel are maximizing efforts to continue to maintain reliable docket management practices.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Digitally signed by NEILENDRA SINGH
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=EOUSA, cn=NEILENDRA SINGH, 0.9.2342.19200300.100.1.1=15001004629769
Date: 2026.10.07 16:18:58 -07'00'

Neil Singh