TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
neil.singh@usdoj.gov
*Attorneys for Defendant United States*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Raul Mendez,<br>Plaintiff,<br>v.<br>United States of America,<br>Defendant. | No. 2:25-cv-01048-SMB<br><br>**ORDER** |

The Court has reviewed the Defendant's Consent Motion to Extend Reply Deadline. For good cause appearing,

**IT IS HEREBY ORDERED** that Defendant shall file a reply brief in support of its Motion to Dismiss on or before October 16, 2026.