**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Raul Mendez,

Plaintiff,

v.

United States of America,

Defendant.

No. CV-25-01048-PHX-SMB

**ORDER**

The Court has reviewed the Defendant's Consent Motion to Extend Reply Deadline (Doc. 43). For good cause appearing,

IT IS HEREBY ORDERED that Defendant shall file a reply brief in support of its Motion to Dismiss on or before October 16, 2026.

Dated this 30th day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge